UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CPIF LENDING, LLC,

        Appellant,

v.                                Case No. 8:18-cv-1221-T-33

WESTPORT HOLDINGS TAMPA,
LIMITED PARTNERSHIP; WESTPORT
HOLDINGS TAMPA II, LIMITED
PARTNERSHIP; OFFICIAL COMMITTEE
OF RESIDENT CREDITORS; JEFFREY
W. WARREN,

        Appellees.
_____/

**ORDER**

The record on appeal was docketed with the United States District Court on June 20, 2018. (Doc. # 3). The Clerk's Notice, (Doc. # 4), instructed the parties to comply with Federal Rule of Bankruptcy Procedure 8018, which provides in part:

> (1) The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.
> (2) The appellee must serve and file a brief within 30 days after service of the appellant's brief.
> (3) The appellant may serve and file a reply brief within 14 days after service of the appellee's brief . . . .

Therefore, Appellant has until **July 22, 2018**, to file its initial brief.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Appellant is directed to file its initial brief by **July 22, 2018.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of June, 2018.

VIRGINIA M. HERNANDEZ COVINGTON<br>
UNITED STATES DISTRICT JUDGE